IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
APR 2 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

JOHN GREEN, JR., )
                 )
    Plaintiff,   )
                 )
vs.              )   Civil Action No. 04-920-KAJ
                 )
CAPE HENLOPEN SCHOOL )
DISTRICT, ET. AL., )
                 )
    Defendants. )

**ORDER SETTING DEADLINE FOR FILING ANSWERING BRIEF**

WHEREAS, defendants filed a motion for summary judgment on October 15, 2004 (D.I. 7), and plaintiff having failed to file an answering brief,

IT IS HEREBY ORDERED that plaintiff shall file an answering brief in response to defendants' motion for summary judgment on or before **May 13, 2005**, or this case will be dismissed for failure to prosecute.

UNITED STATES DISTRICT JUDGE

Dated: April 28, 2005
Wilmington, Delaware