IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN GREEN, JR., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| CAPE HENLOPEN SCHOOL DISTRICT, : | |
| MORRIS, JAMES, HITCHENS & : | C.A. No. 04-920 KAJ |
| WILLIAMS LLP, JENNIFER BRIERLEY, : | |
| ESQUIRE, GARY R. SPRITZ, ESQUIRE, : | |
| VICKI MCGINLEY, : | |
| NANCY HORTSMANN, : | |
| SECRETARY OF EDUCATION VALERIE : | |
| S. WOODRUFF, KRIS BATTAGLINI, : | |
| SHANNON PALMER, : | |
| : | |
| Defendants. : | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO FILE REPLY**

NOW COME, Defendants, the Cape Henlopen School District, Morris, James, Hitchens & Williams LLP, Jennifer L. Brierley, Esquire, Gary R. Spritz, Esquire, Dr. Vicki McGinley, Nancy Hortsmann, Secretary of Education Valerie S. Woodruff, Dr. Kris Battaglini, and Shannon Palmer, by and through their attorneys, and hereby move this Honorable Court for an order as follows:

1.     On August 4, 2004, Plaintiff, John Green, Jr., filed a "Notice of Appeal and Complaint" naming nine Defendants and alleging the violation of various federal and state statutes. On October 15, 2004, the Defendants filed an Opening Brief

and a Motion to Dismiss the Complaint on all counts in accordance with Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

2. In accordance with D. Del. LR 7.1.2, Green's Answering Brief was due within 10 days after service, on or about October 28, 2004. Green failed to file an Answering Brief or pleading in response to Defendants' Motion to Dismiss.

3. On April 28, 2005, the Court issued an order directing Green to file a response on or before May 13, 2005, otherwise the case would be dismissed for failure to prosecute.

4. On May 13, 2005, Green filed a 13-page document responding to Defendants' Motion to Dismiss, but also raising new allegations and asserting additional requests for relief. Under D. Del. LR 7.1.2, Defendants' Reply Brief would be due on or before May 20, 2005.

5. Given the detailed nature of the allegations contained in Green's response, Defendants are requesting an extension of time until May 31, 2005 to file the appropriate responsive pleading.

6. Counsel for the Department of Education contacted Green, and Green advised he does not object to the requested extension of time.

WHEREFORE, Defendants respectfully request an extension of time until May 31, 2005 to file a responsive pleading.

*[signature]*
David H. Williams (#616)
MORRIS, JAMES, HITCHENS
& WILLIAMS LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com
Attorneys for The Cape Henlopen School District,
Kris Bataglini, Shannon Palmer,
Morris, James, Hitchens & Williams LLP,
Jennifer Brierley, Esquire

*[signature]*
Craig Fitzgerald (#3730)
DEPARTMENT OF JUSTICE
102 West Water Street
Dover, DE 19901
(302) 739-7641
Craig.Fitzgerald@state.de.us
Attorneys for Secretary Woodruff

*[signature]*
Mary Cooke (#3441)
DEPARTMENT OF JUSTICE
102 West Water Street
Dover, DE 19901
(302) 739-7641
Mary.Cooke@state.de.us
Attorneys for Gary R. Spritz, Esquire
Dr. Vicki McGinley,
Nancy Hortsmann

Dated: May 18, 2005

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN GREEN, JR., | : |
| Plaintiff, | : |
| v. | : |
| CAPE HENLOPEN SCHOOL DISTRICT, MORRIS, JAMES, HITCHENS & WILLIAMS LLP, JENNIFER BRIERLEY, ESQUIRE, GARY R. SPRITZ, ESQUIRE, VICKI MCGINLEY, NANCY HORTSMANN, SECRETARY OF EDUCATION VALERIE S. WOODRUFF, KRIS BATTAGLINI, SHANNON PALMER, | : C.A. No. 04-920 |
| Defendants. | : |

**STATEMENT PURSUANT TO LOCAL RULE 7.1.1**

Pursuant to Local Rule 7.1.1., the undersigned counsel for Defendants have made a reasonable effort to reach agreement with Plaintiff on Defendants' request for an extension of time, and Plaintiff advised he does not object to the requested extension of time.

_____
David H. Williams (#616)
MORRIS, JAMES, HITCHENS
& WILLIAMS LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com
Attorneys for the Cape Henlopen School District,
Kris Bataglini, Shannon Palmer, Jennifer Brierley,
Morris, James, Hitchens & Williams LLP

_____
Craig Fitzgerald (#3730)
DEPARTMENT OF JUSTICE
102 West Water Street
Dover, DE 19901
(302) 739-7641
Craig.Fitzgerald@state.de.us
Attorneys for Secretary Woodruff

/s/ Mary Cooke
Mary Cooke (#3441)
DEPARTMENT OF JUSTICE
102 West Water Street
Dover, DE 19901
(302) 739-7641
Mary.Cooke@state.de.us
Attorneys for Gary R. Spritz, Esquire
Dr. Vicki McGinley,
Nancy Hortsmann

Dated: May 18, 2005

JLB/014425-0008/1171784/1

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN GREEN, JR., | : | |
| Plaintiff, | : | |
| v. | : | |
| CAPE HENLOPEN SCHOOL DISTRICT, MORRIS, JAMES, HITCHENS & WILLIAMS LLP, JENNIFER BRIERLEY, ESQUIRE, GARY R. SPRITZ, ESQUIRE, VICKI MCGINLEY, NANCY HORTSMANN, SECRETARY OF EDUCATION VALERIE S. WOODRUFF, KRIS BATAGLINI, SHANNON PALMER, | : | C.A. No. 04-920 KAJ |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, David H. Williams, hereby certify that on May 19, 2005, I electronically filed the attached **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY** with the Clerk of Court using CM/ECF. I hereby certify that on May 19, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

Mr. John Green
Box 143
17252-9 N. Village Main Blvd.
Lewes, DE 19958

                                     /s/ David H. Williams
David H. Williams (#616) (dwilliams@morrisjames.com)
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
Attorneys for Defendants Cape Henlopen School District Kris Bataglini, Shannon Palmer, Jennifer Brierley, and Morris, James, Hitchens & Williams LLP

Dated: May 19, 2005

JLB/014425-0008/1171894/1