IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 DEC 13  AM 10: 55

| | |
|---|---|
| JOHN GREEN, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAPE HENLOPEN SCHOOL DISTRICT, )<br>MORRIS, JAMES, HITCHENS & )<br>WILLIAMS LLP, JENNIFER BRIERLEY, )<br>Esq., GARY R. SPRITZ, Esq., VICKI )<br>MCGINLEY, NANCY HORTSMANN, )<br>SECRETARY OF EDUCATION )<br>VALERIE WOODRUFF, KRIS )<br>BATTAGLINI, SHANNON PALMER )<br>)<br>Defendants. ) | Civil Action No. 04-920 KAJ |

RECEIVED
DEC 19 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## ORDER

For the reasons set forth in the Memorandum Opinion of today's date in this matter,

IT IS HEREBY ORDERED that the defendants' Motion to Dismiss (Docket Item ["D.I."] 7) is DENIED to the extent that the plaintiff, John Green, Jr., may assert violations of his own due process rights; the Motion to Dismiss is GRANTED in all other respects, and those portions of the case hereby dismissed are dismissed without prejudice. It is further ORDERED that John Green's Motion for Representation by Counsel (D.I. 12 at 5, ¶ 24) is DENIED without prejudice.

_____
UNITED STATES DISTRICT JUDGE

December 13, 2005
Wilmington, Delaware

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINE

GREE001* 199717002 1904 18 12/17/05
FORWARD TIME EXP RTN TO SEND
GREEN
17252-9 N VILLAGE MAIN BLVD #143
LEWES DE 19958-0000

RETURN TO SENDER

John Green, Jr
John Green, Jr., Pro Se
1 White Oak Road
Rehoboth Beach, DE 19971




U.S.M.S. X-RAY