IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| John Green, Jr. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-920-KAJ |
| | ) | |
| CAPE HENLOPEN SCHOOL DISTRICT | ) | |
| MORRIS, JAMES, HITCHENS & | ) | |
| WILLIAMS LLP, JENNIFER BRIERLEY, | ) | |
| ESQUIRE, GARY R. SPRITZ, ESQUIRE | ) | |
| VICKI McGINLEY, NANCY | ) | |
| HORSTMANN, SECRETARY OF | ) | |
| EDUCATION VALERIE S. WOODRUFF, | ) | |
| KRIS BATTAGLINI, SHANNON | ) | |
| PALMER | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

IT IS SO ORDERED, this ___20th___ day of ___Dec.___, 2005, that State

Defendants' Motion for Extension of Time To File An Answer is hereby **GRANTED**.

_____
The Honorable Kent A. Jordan