IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOHN GREEN, JR.,

                             Plaintiff,

    v.                       )    Civil Action No. 04-920 KAJ

CAPE HFNLOPEN SCHOOL DISTRICT,
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP, JENNIFER BRIERLEY,
Esq., GARY R, SPRITZ, Esq., VICKI
MCGINLEY, NANCY HORTSMANN,
SECRETARY OF EDUCATION
VALERIE WOODRUFF, KRIS
BATTAGLINI, SHANNON PALMER



                      Defendants.

LINE

Please change the contact information for the Plaintiff in this proceeding to:

John Green, Jr.
17252-9 N. Village Main Blvd. stop 143
Lewes, DE 19958
Telephone 302 542 7001
Fax 760 284 8442
E-mail green19971@yahoo.com

December 19, 2005

John Green, Jr.

Certificate of Service

A copy of the foregoing was electronically transmitted to:

David H. Williams, Esq. at dwilliams@morrisjames.com
John B. Hindman, Esg, at john.hindman@state.de.us
Craig Romond Fitzgerald at craig.fitzgerald@state.de.us

John Green, Jr.





U.S.M.S.
X-RAY

Clerk
U.S. District Court
844 N. King St
Wilmington, DE

19801



Mr. John Green
414 Boxwood St.
Milton, DE 19968-1230

