# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**CHAMBERS OF**  
**KENT A. JORDAN**  
**DISTRICT JUDGE**

**LOCKBOX 10**  
**844 KING STREET**  
**U.S. COURTHOUSE**  
**WILMINGTON, DELAWARE 19801**

December 29, 2005

Mr. John Green, Jr.  
17252-9 N. Village Main Blvd.  
Stop 143  
Lewes, DE  19958

David H. Williams, Esq.  
Morris, James, Hitchens & Williams LLP  
222 Delaware Avenue - 10th Fl.  
Wilmington, DE  19801

Craig Fitzgerald, Esq.  
Department of Justice  
102 West Water Street  
Dover, DE  19904

Mary L. Cooke, Esq.  
Department of Justice  
102 West Water Street  
Dover, DE  19904

Re: Green v. Cape Henlopen School District, et al.  
    Civil Action No. 04-920-KAJ

Dear Mr. Green and Counsel:

I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas  
Enclosure  
cc: Clerk of the Court