# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

David H. Williams
(302) 888-6900
dwilliams@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

January 20, 2006

**VIA E-FILING AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Room 6325, Lockbox No. 10
Wilmington, DE 19801

RE: *Green v. Cape Henlopen School District, et al.*
*Civil Action No. 04-920-KAJ*

Dear Judge Jordan:

Attached is a proposed Scheduling Order. Counsel for Defendants agree upon all the dates set forth in the proposed Order. As I understand it, Mr. Green agrees with all of the dates except the deadline for joinder of other parties and amendment of pleadings. Mr. Green proposes this deadline be February 28, 2006.

Consistent with Your Honor's Order For Scheduling Conference, I will initiate the telephonic scheduling conference at 2:00 p.m. on January 23, 2006. By copy of this letter to Mr. Green, I request he provide the telephone number at which he can be reached.

Respectfully,

David H. Williams

DHW/jam
Enclosure
cc: Craig Fitzgerald, Esquire (w/enc) – via e-filing
    Mary L. Cooke, Esquire (w/enc.) – via e-filing
    Mr. John Green (w/enc.) – via e-mail and mail
    Clerk of the Court (w/enc.) – via e-filing

1340240/1