# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

David H. Williams
(302) 888-6900
dwilliams@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

January 27, 2006

**VIA E-FILING AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Room 6325, Lockbox No. 10
Wilmington, DE 19801

      RE: *Green v. Cape Henlopen School District, et al.*
            *Civil Action No. 04-920-KAJ*

Dear Judge Jordan:

    Attached is the proposed Scheduling Order incorporating the revisions we discussed during the January 23, 2006 telephone conference with Your Honor. I forwarded the attached Order to John Green by e-mail on January 25, 2006 asking Mr. Green to let me know if he agrees the Order is consistent with our discussion during the January 23, 2006 telephone conference. I have not received a response from Mr. Green to date.

                                Respectfully,

                                David H. Williams
                                Bar I.D.#616

DHW/jam
Enclosure
cc: Craig Fitzgerald, Esquire (w/enc) – via e-filing
     Mary L. Cooke, Esquire (w/enc.) – via e-filing
     Mr. John Green (w/enc.) – via e-mail and mail
     Dr. George E. Stone (w/enc.) – via mail
     Clerk of the Court (w/enc.) – via e-filing

1343176/1