# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| John Green, Jr. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-920-KAJ |
| ) | |
| CAPE HENLOPEN SCHOOL DISTRICT ) | |
| MORRIS, JAMES, HITCHENS & ) | |
| WILLIAMS LLP, JENNIFER BRIERLEY, ) | |
| ESQUIRE, GARY R. SPRITZ, ESQUIRE ) | |
| VICKI McGINLEY, NANCY ) | |
| HORSTMANN, SECRETARY OF ) | |
| EDUCATION VALERIE A. WOODRUFF, ) | |
| KRIS BATTAGLINI, SHANNON ) | |
| PALMER ) | |
| ) | |
| Defendants. ) | |

## *NOTICE AND CERTIFICATE OF SERVICE*

The undersigned certifies that on February 14, 2006, he caused the

***DEFENDANTS VALERIE A. WOODRUFF, SECRETARY OF EDUCATION, GARY R. SPRITZ, ESQUIRE, VICKI MCGINLEY, AND NANCY HORSTMANN'S RULE 26(a)(1) INITIAL DISCLOSURES*** to be sent to the following person(s) in the form and manner indicated:

| | |
|---|---|
| Mr. John Green | David H. Williams, Esquire |
| Box 143 | Morris, James, Hitchens & Williams LLP |
| 17252-9 N. Village Main Blvd. | 222 Delaware Avenue |
| Lewes, DE 19958 | P.O. Box 2306 |
| | Wilmington, DE 19899-2306 |

**MANNER OF DELIVERY:**

   X  Two true copies by first class mail, postage prepaid, to each recipient

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**
*/s/ Craig R. Fitzgerald*
Craig R. Fitzgerald, I.D. #3730
Deputy Attorney General
102 West Water Street
Dover, DE 19901
(302) 739-7641
**craig.fitzgerald@state.de.us**