IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN GREEN, JR., | : |
|        Plaintiff, | : |
| v. | : |
| CAPE HENLOPEN SCHOOL DISTRICT, MORRIS JAMES, HITCHENS & WILLIAMS LLP, JENNIFER BRIERLEY, ESQUIRE, GARY R. SPRITZ, ESQUIRE, VICKI MCGINLEY, NANCY HORTSMAN, SECRETARY OF EDUCATION VALERIE S. WOODRUFF, KRIS BATTAGLINI, SHANNON PALMER, | :    C.A. No. 04-920 KAJ |
|        Defendants. | : |

## NOTICE OF SERVICE

I hereby certify that on the 15th day of February, 2006, two (2) copies of **DEFENDANTS' INITIAL DISCLOSURES** were served by placing same in the United States Mail, postage prepaid, addressed to the following parties:

    Mary L. Cooke, Esquire
    Deputy Attorney General
    Department of Justice
    102 West Water Street
    Dover, DE 19904

    Craig Fitzgerald, Esquire
    Deputy Attorney General
    Department of Justice
    102 West Water Street
    Dover, DE 19901

    John Green, Jr., Pro Se
    17252-9 North Village Main Boulevard
    Stop 143
    Lewes, DE 19958

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

*/s/ David H. Williams*
_____
David H. Williams (#616)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com
    Attorneys for Defendants Cape Henlopen School
    District, Dr. Kris Battaglini, Shannon Palmer,
    Morris, James, Hitchens & Williams LLP,
    and Jennifer L. Brierley, Esquire

Dated: February 15, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN GREEN, JR., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| CAPE HENLOPEN SCHOOL DISTRICT, : | |
| MORRIS, JAMES, HITCHENS & : | C.A. No. 04-920 KAJ |
| WILLIAMS LLP, JENNIFER BRIERLEY, : | |
| ESQUIRE, GARY R. SPRITZ, ESQUIRE, : | |
| VICKI MCGINLEY, NANCY : | |
| HORTSMANN, SECRETARY OF : | |
| EDUCATION VALERIE S. WOODRUFF, : | |
| KRIS BATTAGLINI, SHANNON : | |
| PALMER, : | |
| : | |
| Defendants. : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2006, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Mary L. Cooke, Esquire
>Deputy Attorney General
>Department of Justice
>102 West Water Street
>Dover, DE 19904

>Craig Fitzgerald, Esquire
>Deputy Attorney General
>Department of Justice
>102 West Water Street
>Dover, DE 19901

and a copy has been served by placing same in the United States Mail, postage prepaid, addressed to the following:

John Green, Jr., Pro Se
17252-9 North Village Main Boulevard
Stop 143
Lewes, DE 19958

_____
David H. Williams (I.D. No. 616)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com
Attorneys for the Cape Henlopen School
District, Dr. Kris Battaglini, Shannon Palmer,
Morris, James, Hitchens & Williams LLP,
Jennifer L. Brierley, Esquire

Date:   February 15, 2006

1324203/1