

**DEPARTMENT OF EDUCATION**
THE TOWNSEND BUILDING
401 Federal Street Suite 2
DOVER, DELAWARE 19901
DOE WEBSITE: http://www.doe.state.de.us

Valerie A. Woodruff
Secretary of Education
Voice: (302) 739-4601
FAX: (302) 739-4654

February 20, 2006

Dr. Peter T. Dalleo
Clerk of the Court
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

RE: Alexander John Green vs. Cape Henlopen School District - C.A. No. 04-920 KAJ

Dear Clerk:

Enclosed please find the administrative record of the proceedings before the special education due process hearing panel in the referenced case. The Department of Education is filing this record per paragraph 3.d. of the Court's January 31, 2006 scheduling order and in accordance with 20 USC. § 1415(i)(2) and 14 Del.C.§ 3142(c). We are also providing the other parties a copy of the administrative record by copy of this letter.

Please do not hesitate to contact me if you have any questions.

Sincerely,

Martha Toomey

Martha Toomey, Director
Exceptional Children & Early Childhood Group

MT:lj

Enclosure
cc:   Mr. John Green (with copy of administrative record)
      David Williams, Esquire (with copy of administrative record)
      Mary Cooke, Esquire & DAG (with copy of administrative record)
      Craig Fitzgerald, Esquire & DAG (with copy of administrative record)

EDUCATION INFO LINE:
(877) 838-3787

THE DELAWARE DEPARTMENT OF EDUCATION IS AN EQUAL OPPORTUNITY EMPLOYER. IT DOES NOT DISCRIMINATE ON THE BASIS OF RACE, COLOR, RELIGION, NATIONAL ORIGIN, SEX, SEXUAL ORIENTATION, MARITAL STATUS, DISABILITY, AGE OR VIETNAM ERA VETERAN'S STATUS IN EMPLOYMENT, OR ITS PROGRAMS OR ACTIVITIES.

TEACHER CERTIFICATION INFO:
(888) 759-9133

*Clerk's note:*
*10 BINDERS w/ TOTAL OF 17 TABS — on file @ CLERKS OFFICE*

Record of the Administrative Proceedings

Alexander John Green vs. Cape Henlopen School District
DE DP 04-07

Table of Contents

| | | |
|---|---|---|
| | Certification of Record | February 13, 2006 |

TAB

| | | |
|---|---|---|
| 1. | Hearing Transcript – Teleconference | January 23, 2004 |
| 2. | Hearing Transcript – Teleconference | January 27, 2004 |
| 3. | Hearing Transcript – Teleconference | February 5, 2004 |
| 4. | Hearing Transcript | February 6, 2004 |
| 5. | Hearing Transcript – Teleconference | February 16, 2004 |
| 6. | Hearing Transcript | February 18, 2004 |
| 7. | Hearing Transcript | February 24, 2004 |
| 8. | Hearing Transcript | March 15, 2004 |
| 9. | Hearing Transcript | March 27, 2004 |
| 10. | Hearing Transcript | March 29, 2004 |
| 11. | Father's Exhibits | Separate Notebooks Total (2) |
| 12. | Mother's Exhibits | In Binder #2 after Father's Exhibits |
| 13. | School District's Exhibits | Separate Notebooks Total (2) |
| 14. | Other Educational Records and Work Samples | Separate Notebook |
| 15. | Correspondence and Pleadings | Separate Notebook Total (2) |
| 16. | Closing Arguments and Briefs (all parties) | Separate Notebook |
| 17. | Due Process Hearing Panel Decision | May 6, 2004 |