IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN GREEN, JR., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-920-KAJ |
| | : |
| CAPE HENLOPEN SCHOOL DISTRICT, | : |
| MORRIS JAMES HITCHENS & | : |
| WILLIAMS, LLP, JENNIFER BRIERLEY, | : |
| ESQUIRE, GARY R. SPRINTZ, ESQUIRE, | : |
| VICKI MCGINLEY, NANCY HORTSMANN, | : |
| SECRETARY OF EDUCATION, VALERIE | : |
| S. WOODRUFF, KRIS BATTAGLINI, | : |
| SHANNON PALMER, | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this **27th** day of **February, 2006**.

IT IS ORDERED that a teleconference has been scheduled for **Monday, March 6, 2006 at 9:00 a.m.** with Magistrate Judge Thynge to discuss the status of the case. **David H. Williams, Esquire shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE