OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 2, 2006

TO:   John Green, Jr.
      17252-9 North Village Main Boulevard
      Stop 143
      Lewes, DE 19958

   **RE:**   Standard Service Letter; 04-920(KAJ)

Dear Mr. Green:

   Papers have been received by this office for filing in the above matter which do <u>not</u> conform to:   Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3.

   The papers will be docketed but no action will be taken by the Court until the discrepancies are corrected.   In order for your documents to be acceptable for filing, they **must be served by you, upon all local counsel of record,** and this must be indicated on an Affidavit or Certificate of Service, attached to the back of your request (motion or pleading).

   A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

   Your corrected filing, (please sign your certificate of service and provide a copy with an original signature) to include the   certificate of service,   should be sent to this office for processing

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

                              Sincerely,

/bad                          PETER T. DALLEO
                              CLERK

cc:   The Honorable Kent A. Jordan
enc:   Local Counsel List

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **John Green, Jr.** )<br><br>**Plaintiff,** )<br><br>v. )<br><br>CAPE HENLOPEN SCHOOL DISTRICT )<br>MORRIS, JAMES, HITCHENS &<br>WILLIAMS LLP, JENNIFER BRIERLEY, )<br>ESQUIRE, GARY R. SPRITZ, ESQUIRE )<br>VICKI McGINLEY, NANCY )<br>HORSTMANN, SECRETARY OF )<br>EDUCATION VALERIE A.  WOODRUFF,)<br>ICRIS BATTAGLINI, SHANNON )<br>PALMER )<br><br>**Defendants.** | **C.A.** No. 04-920-KAJ |

F I L E D

FEB 27 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### PLAINTIFF JOHN GREEN, JR
### RULE 26(a)(1) INITIAL DISCLOSURES

John Green Jr., pro se discloses the following information in compliance with Rule 26(a)(1) of the Federal Rules of Civil Procedure and the Scheduling Order in this matter. These disclosures are based on information reasonably available to John Green Jr. Continuing investigation and discovery may alter these disclosures. John Green, Jr. .reserves the right to supplement the information disclosed below if additional information becomes available.

By making these disclosures, Plaintiff does not represent he is identifying every document, tangible thing, or witness possibly relevant to this claim. Nor does the Plaintiff waive his rights to object to the production of any document or tangible thing disclosed on the basis of privilege, the work-product doctrine, relevancy, undue burden or any other valid objection. The Plaintiffs' disclosures represent a good faith effort to identify information they reasonably believe is required by Rule 26(a)(I).

The Plaintiffs' disclosures are made without waiver of: 1) the right to object on the grounds of competency, privilege, relevancy and materiality, hearsay or other proper ground, 2) the right to object to the use of any such information, for any purpose, in whole or in part, in any other action; and 3) the right to object on any and all proper grounds, at any time, to any other discovery request or proceeding involving or relating to the subject matter of these disclosures.