IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN GREEN, JR., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-920-KAJ |
| CAPE HENLOPEN SCHOOL DISTRICT, MORRIS JAMES HITCHENS & WILLIAMS, LLP, JENNIFER BRIERLEY, ESQUIRE, GARY R. SPRINTZ, ESQUIRE, VICKI MCGINLEY, NANCY HORTSMANN, SECRETARY OF EDUCATION, VALERIE S. WOODRUFF, KRIS BATTAGLINI, SHANNON PALMER, | : |
| Defendants. | : |

## ORDER

At Wilmington this **8th** day of **March, 2006**.

IT IS ORDERED that a teleconference has been scheduled for **Monday, March 20, 2006 at 8:00 a.m.** with Magistrate Judge Thynge and **defense counsel only** to discuss the status of the case. **David H. Williams, Esquire shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE