## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN GREEN, JR., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-920-KAJ |
| CAPE HENLOPEN SCHOOL DISTRICT, MORRIS JAMES HITCHENS & WILLIAMS, LLP, JENNIFER BRIERLEY, ESQUIRE, GARY R. SPRINTZ, ESQUIRE, VICKI MCGINLEY, NANCY HORTSMANN, SECRETARY OF EDUCATION, VALERIE S. WOODRUFF, KRIS BATTAGLINI, SHANNON PALMER, | : |
| Defendants. | : |

## **ORDER**

At Wilmington this **20th** day of **March, 2006**.

IT IS ORDERED that no further teleconferences nor a mediation in this matter shall be scheduled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE