ORIGINAL

## Federal District Court for Delaware

John Green, Jr.
  Plaintiff
v.             Case No. 04-920-KAJ

Cape Henlopen School District, et al
  Defendants

### Supplement to Motion to Strike the Record from Below and Partial Summary Judgment

  On March 1st the Plaintiff filed the above referenced motion and wishes to supplement the fact alleged in that motion with the following additional information;
  Plaintiff has finally received exhibits 1-14 of the record, however they were shipped in packaging not appropriate and arrived damages, broken binders and loose papers. The record indicates Parent filed 2 exhibit books when in fact he filed 6. Parent's exhibit books 3-6 were not included in the record. Numerous legal memorandum filed by the parent as part of the Due Process Proceeding were missing from the record. The transcripts included in the record are in many cases (now digitally enhanced) 4 pages to a sheet proofs not actual transcripts, this supports the Plaintiff's allegation that he was not provided actual transcripts in as much as the record was not provided with them.
  The record has been tainted beyond use. To order a rehearing at this point is inappropriate because of the passing of time.
  Plaintiff therefore asks this honorable court to declare the record compromised and Order reimbursement for the cost of expert witnesses who's testimony has been compromised, equitable relief in the form of a sum equal to the cost of 4 years compensatory education at Glenhome. The school where placement was being sought and such other relief and adjusting of scope as the Court should deem appropriate.

March 16 2006

                 _____
                 John Green, Jr. pro se

A hearing is requested on this motion



FILED MAR 20 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**Federal District Court for Delaware**

John Green, Jr.
    Plaintiff

v.                                        Case No. 04-920-KAJ

Cape Henlopen School District, et al
    Defendants

## CERTIFICATE OF SERVICE

I, John Green, hereby certify that on this 16st day of March 2006, two copies of the within Motion to strike the record from below and partial summary judgment were served by United States first class mail postage prepaid, on the following parties counsel of record at the addresses indicated below:

David H. Williams Esq.
Moths, James, Hitchens and Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899

Craig Raymond Fitzgerald, Esq.
Department of Justice
102 West Water Street
Dover, DE 19901

Mary L. Cook, Esq.
Department of Justice
102 West Water Street
Dover, DE 19901

March 16, 2006

                                                                       John Green Jr.

John Green
Mail Box 143
17252-9 N. Village Main Blvd.
Lewes, DE 19958

Clerk
US District CT
844 N. King ST
Wilmington DE 19801

