# STATE OF DELAWARE

### DEPARTMENT OF JUSTICE

## CARL C. DANBERG
**Attorney General**

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-6630 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

Civil Division – Kent County

April 11, 2006

BY E-FILING and U.S MAIL

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Room 6325, Lockbox No. 10
Wilmington, DE 19801

RE:    *John Green, Jr. v. Cape Henlopen School District et al.*
       *Civil Action No. 04-920-KAJ*

## Interim Status Report

Dear Judge Jordan:

Please accept this as the Defendants' Joint Interim Status Report submitted pursuant to Paragraph 7 of the January 31, 2006 Scheduling Order.

The Court has pending motions filed by the Cape Henlopen School District Defendants and Plaintiff John Green, Jr. Cape Henlopen School District Defendants filed a Motion for Reargument on December 28, 2005. (Docket Item "D.I." # 22). Plaintiff John Green, Jr. filed a Motion to Amend his Complaint on February 28, 2006. (D.I. #37). In addition, Plaintiff filed a Motion to Strike the Administrative Record and for Partial Summary Judgment on March 3, 2006. (D.I. # 40). The Cape Henlopen School District Defendants filed a Response to the Motion to Amend on February 13, 2006. (D.I. # 42). The State Defendants filed an Answering Brief in Opposition to the Motion

to Amend on March 14, 2006, and a Response to Plaintiff's Motion to Strike the Administrative Record on March 17, 2006. (D.I. # 43, 44).

Magistrate Judge Thynge held teleconferences on February 27, 2006, March 6, 2006 with the parties to discuss alternate dispute resolution. An additional teleconference was held on March 20, 2006 with defense counsel only. On March 20, 2006, Judge Thynge issued an Order indicating that there would be no mediation or further teleconferences in this matter in regards to alternate dispute resolution. (D.I. # 45).

State Defendants filed their Notice of Service of Rule 26 (a) (1) Initial Disclosures on February 14, 2006. (D.I. # 32). The Cape Henlopen School District Defendants filed their Notice of Service of Initial Disclosures on February 15, 2006. (D.I. # 33). Plaintiff John Green, Jr. filed his Initial Disclosures on March 1, 2006. (D.I. # 38). No other discovery has been taken or scheduled in this matter.

Very truly yours,

Craig R. Fitzgerald
Deputy Attorney General


cc:  Mr. John Green, Jr.

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

I hereby certify that on April 11, 2006, I electronically filed the Interim Status Report with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Mary Cooke, Deputy Attorney General and David Williams, Esquire.  I hereby certify that on April 11, 2006, I have mailed the document by regular mail to the following non-registered participant:

> Mr. John Green
> Box 143
> 17252-9 N. Village Main Blvd.
> Lewes, DE 19958

Craig R. Fitzgerald, I.D. #3730
Deputy Attorney General
102 West Water Street
Dover, DE 19901
(302) 739-7641
craig.fitzgerald@state.de.us