


# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

## CARL C. DANBERG
### Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**


April 18, 2006

Civil Division – Kent County

**BY E-FILING and HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Room 6325, Lockbox No. 10
Wilmington, DE 19801

RE:   *John Green, Jr. v. Cape Henlopen School District et al.*
      *Civil Action No. 04-920-KAJ*
      **April 18, 2006 Status Conference**

Dear Judge Jordan:

    I write to inform you that the parties to the above referenced action are in agreement that there is nothing to add to the Defendants' Joint Interim Status Report filed April 11, 2006, and request that the Status Conference scheduled for this afternoon at 4:30 p.m. be taken off the Court's calendar. In speaking with your Secretary this morning, it is my understanding that you have concurred with this request, and the Conference has been removed from the Calendar.

Please contact me should you have any questions regarding this matter.

Respectfully,

*/s/ Mary L. Cooke*

Mary L. Cooke (I.D. No. 3441)
Deputy Attorney General

cc: Mr. John Green, Jr.
Mr. Craig Fitzgerald, DAG
Mr. David H. Williams
Gary R. Spritz, Esq.
Dr. Vicki McGinley
Nancy Horstmann

## CERTIFICATE OF MAILING AND/OR DELIVERY

I hereby certify that on April 18, 2006, I electronically filed the Interim Status Report with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Mary Cooke, Deputy Attorney General and David Williams, Esquire. I hereby certify that on April 18, 2006, I have mailed the document by regular mail to the following non-registered participant:

>Mr. John Green
>Box 143
>17252-9 N. Village Main Blvd.
>Lewes, DE 19958

>/s/ Craig R. Fitzgerald
>Craig R. Fitzgerald, I.D. #3730
>Deputy Attorney General
>102 West Water Street
>Dover, DE 19901
>(302) 739-7641
>craig.fitzgerald@state.de.us