IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN GREEN, JR. | : |
|       Plaintiff, | :    C.A. No. 04-920-KAJ |
| | : |
| CAPE HENLOPEN SCHOOL DISTRICT, MORRIS, JAMES, HITCHENS & WILLIAMS LLP, JENNIFER BRIERLEY, ESQUIRE, GARY SPRITZ, ESQUIRE, VICKI MCGINLEY, NANCY HORTSMANN, SECRETARY OF EDUCATION VALERIE S. WOODRUFF, KRIS BATTAGLINI, and SHANNON PALMER, | : |
|       Defendants. | : |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between counsel for the respective parties that the above-captioned action be dismissed with prejudice.

|  |  MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
|---|---|
| _/s/ John Green, Jr._ | _/s/ David H. Williams_ |
| John Green, Jr., Pro Se | David H. Williams (#616) |
| 17252-9 North Village Main Boulevard | dwilliams@morrisjames.com |
| Stop 143 | 222 Delaware Avenue |
| Lewes, DE 19958 | P.O. Box 2306 |
| (302) 542-7001 | Wilmington, DE 19899 |
|  | (302) 888-6900 |
|  | Attorneys for Defendants Cape Henlopen School District, Kris Battaglini, Shannon Palmer, Morris, James, Hitchens & Williams, and Jennifer Brierley, Esquire |

| | |
|---|---|
| DEPARTMENT OF JUSTICE | DEPARTMENT OF JUSTICE |
| /s/ Mary L. Cooke | /s/ Craig R. Fitzgerald |
| Mary L. Cooke (#3441) | Craig R. Fitzgerald (#3730) |
| mary.cooke@state.de.us | craig.fitzgerald@state.de.us |
| 102 W. Water Street | 102 W. Water Street |
| Dover, DE 19904 | Dover, DE 19904 |
| (302) 739-7641 | (302) 739-7641 |
| Attorney for Gary R. Spritz, Esquire, Dr. Vicki McGinley, and Nancy Horstmann | Attorney for Secretary of Education Valerie Woodruff |

Dated: May/8, 2006

IT IS SO ORDERED this _____ day of _____, 2006.

_____
J.

13922 13/1