

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN GREEN, JR. | : |
| Plaintiff, | : C.A. No. 04-920-KAJ |
| CAPE HENLOPEN SCHOOL DISTRICT, MORRIS, JAMES, HITCHENS & WILLIAMS LLP, JENNIFER BRIERLEY, ESQUIRE, GARY SPRITZ, ESQUIRE, VICKI MCGINLEY, NANCY HORTSMANN, SECRETARY OF EDUCATION VALERIE S. WOODRUFF, KRIS BATTAGLINI, and SHANNON PALMER, | : |
| Defendants. | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between counsel for the respective parties that the above-captioned action be dismissed with prejudice.

|  | MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
|---|---|
| /s/ John Green, Jr. | /s/ David H. Williams |
| John Green, Jr., Pro Se | David H. Williams (#616) |
| 17252-9 North Village Main Boulevard | dwilliams@morrisjames.com |
| Stop 143 | 222 Delaware Avenue |
| Lewes, DE 19958 | P.O. Box 2306 |
| (302) 542-7001 | Wilmington, DE 19899 |
|  | (302) 888-6900 |
|  | Attorneys for Defendants Cape Henlopen School District, Kris Battaglini, Shannon Palmer, Morris, James, Hitchens & Williams, and Jennifer Brierley, Esquire |

DEPARTMENT OF JUSTICE

/s/ Mary L. Cooke

Mary L. Cooke (#3441)
mary.cooke@state.de.us
102 W. Water Street
Dover, DE 19904
(302) 739-7641
Attorney for Gary R. Spritz, Esquire,
Dr. Vicki McGinley, and Nancy Horstmann

DEPARTMENT OF JUSTICE

/s/ Craig R. Fitzgerald

Craig R. Fitzgerald (#3730)
craig.fitzgerald@state.de.us
102 W. Water Street
Dover, DE 19904
(302) 739-7641
Attorney for Secretary of Education
Valerie Woodruff

Dated: May/8, 2006

IT IS SO ORDERED this 22nd day of May, 2006.

_____
J.